**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DUANE BALL,

Plaintiff

v.

CITY OF RENO,

Defendant

Case No.: 3:26-cv-00149-CSD

**Order**

Re: ECF No. 10

Before the court is Plaintiff's Motion for Extension of Time to Serve Defendant and Reissue Service Documents. (ECF No. 10.)

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Serve Defendant (ECF No. 10) is **GRANTED** to the extent that Plaintiff shall have to and including **Monday, August 31, 2026**, in which to serve the Defendant.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **RE-ISSUE** the summons for the City of Reno, **and deliver the same**, to the U.S. Marshal for service. The Clerk also shall also **SEND** sufficient a copy of the complaint and this Order to the U.S. Marshal for service on the City of Reno. The Clerk shall **SEND** to Plaintiff one USM-285 form. Plaintiff has **14 days** within which to furnish to the U.S. Marshal the required USM-285 form with relevant information for the

defendant at 400 S. Virginia Street, 2nd floor, Reno, Nevada 89501. Within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 form showing whether service has been accomplished, and if the defendant was not served, and if Plaintiff wants service to be attempted again, he must file a motion with the court providing a more detailed name and/or address for service, or indicating that some other method of service should be attempted.

Dated: July 31, 2026

Craig S. Denney
United States Magistrate Judge