**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DUANE BALL,

Plaintiff

v.

CITY OF RENO,

Defendant

Case No.: 3:26-cv-00149-CSD

**Order**

Re: ECF No. 13

Plaintiff's motion for an extension of time to furnish the USM-285 form the the U.S. Marshals Service (ECF No. 13) is **GRANTED**, although it appears Plaintiff has already given the USMS the USM-285 form. The court will extend the deadline to complete service on the City of Reno to **September 15, 2026**.

**IT IS SO ORDERED**.

Dated: August 20, 2026

Craig S. Denney
United States Magistrate Judge